JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODRICK LACY, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL WEB MARKETING LLC, a California limited liability company doing business as NATIONAL POSITIONS; MONDO INTERNATIONAL LLC, a Delaware limited liability company; BERNARD MAY, an Individual; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 2:25-cv-02870-AB-AGR<br><br>[~~PROPOSED~~] ORDER TO REMAND TO STATE COURT |

Good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. The Parties' Stipulation to Remand to State Court is hereby **GRANTED**;

2. The present action is hereby remanded to the Superior Court of the State of California for the County of Los Angeles for all further proceedings and final disposition;

3. Upon the remand of this action to State Court, the present proceedings in Federal Court, case no. 2:25-cv-02870-AB-AGR shall be deemed as inactive, and

//

//

1

[~~PROPOSED~~] ORDER TO REMAND TO STATE COURT

4. All future hearings and deadlines in this action are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: April 28, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

[~~PROPOSED~~] ORDER TO REMAND TO STATE COURT